FERGUSON, Circuit Judge,
concurring.
I agree that Thorman’s claims are time-barred. He has neither proven fraudulent concealment nor established a fiduciary duty on the part of American Seafoods. The result may have been different if Thorman had adequately demonstrated that American Seafoods overstated its sales expenses in bad faith when it calculated the value of the fish the seamen caught. While ship owners such as American Seafoods may not owe a fiduciary duty to their seamen to disclose their internal pricing methodologies, they certainly owe a duty “to act in good faith and to deal fairly in performing and enforcing contract[s].” Flores v. American Seafoods Co., 335 F.3d 904, 913 (9th Cir.2003).